[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 21-13510

_____

DITECH FINANCIAL, LLC,

                                    Plaintiff-Counter Defendant-Appellant,

versus

AIG SPECIALTY INSURANCE COMPANY,

                                    Defendant-Appellee,

STARR INDEMNITY & LIABILITY COMPANY,

                                    Defendant-Counter Claimant-Appellee.

_____

2                    Opinion of the Court                    21-13510

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:20-cv-00409-WFJ-AEP

———————————

Before BRANCH and LUCK, Circuit Judges, and ANTOON,* District Judge.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Ditech Financial, LLC appeals from the district court's September 20, 2021 order granting the joint motion for summary judgment filed by AIG Specialty Insurance Company and Starr Indemnity & Liability Company. However, that order did not resolve Starr's counterclaim against Ditech for reformation of Starr's insurance policy. Because the appealed order did not resolve all claims as to all parties, it is not final. And because the district court did not certify its ruling for immediate review under Federal Rule of Civil Procedure 54(b) or 28 U.S.C. § 1292(b), the order is not an appealable interlocutory order either. We therefore lack jurisdiction over this appeal. *See* 28 U.S.C. §§ 1291, 1292(b); Fed. R. Civ. P. 54(b); *Lloyd Noland Found., Inc. v. Tenet Health Care Corp.*, 483 F.3d 773, 777 (11th Cir. 2007) ("[A]n order adjudicating fewer than all the claims in a suit, or adjudicating the rights and liabilities

---

* The Honorable John Antoon II, United States District Judge for the Middle District of Florida, sitting by designation.

21-13510                Opinion of the Court                3

of fewer than all the parties, is not a final judgment from which an appeal may be taken.").

The Joint Motion for Relinquishment of Jurisdiction, If Necessary, to Perfect Jurisdiction, is DENIED. No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.